FILED
U. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA 2012 AUG -6  AM 9: 11
BRUNSWICK DIVISION

CLERK _____ C. Cadwell
SO. DIST. OF GA.

CONNIE BULLOCK,                          )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )        Case No. 2:12-CV-071-JRH-JEG
                                         )
GRACEMORE LLC d/b/a GRACEMORE            )
NURSING AND REHAB; and                   )
WILLIAM C. DAVIS, JR., Individually,     )
                                         )
            Defendants.                  )


## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE

Plaintiff CONNIE BULLOCK and Defendants GRACEMORE LLC d/b/a

GRACEMORE NURSING AND REHAB and WILLIAM C. DAVIS, JR., Individually

(hereinafter "Defendants") by and through their respective undersigned counsel, hereby file this

Joint Motion for Approval of Settlement Agreement and Joint Stipulation for Voluntary

Dismissal of Claims With Prejudice ("Joint Motion" and "Joint Stipulation").   The parties state

the following in support:

        1.      On March 28, 2012, Plaintiff filed a Complaint against Defendants alleging

violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), pursuant to 29

U.S.C. § 216(b).  (Docket No. 1).

        2.      On July 6, 2012, Defendants filed their Answer, denying the allegations of

violations of the FLSA. (Docket No. 9).

3.      Counsel for the parties have engaged in informal discovery by interviewing present and former employees of Defendant GraceMore LLC.

4.      Plaintiff and Defendants dispute the number of overtime hours allegedly worked by Plaintiff. Plaintiff and Defendants also dispute whether the conduct of Defendants was "willful" so as to extend the period at issue from two years to three years. Finally, Plaintiff and Defendants dispute whether Defendants acted in good faith and had reasonable grounds for believing that their actions were not in violation of the FLSA, which will determine whether Plaintiff is entitled to liquidated damages.

5.      On July 23, 2012, Plaintiff and Defendants amicably agreed to resolve the claims asserted by Plaintiff in this action.

6.      Pursuant to the FLSA, the Court must review and approve agreements settling alleged violations of the Act. See Brooklyn Savings Bank v. O'Neil, 324 U.S. 697 (1945); Schulte, Inc. v. Gangi, 328 U.S. 108 (1946); see also Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982) (claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor). Accordingly, Plaintiff and Defendants are requesting that the Court review, ratify, and approve the terms of the settlement as set forth below.

7.      Plaintiff and Defendants have entered into a separate written Settlement Agreement that memorializes the terms of the settlement. The Agreement was executed by Plaintiff on July 24, 2012, and by Defendants on July 27, 2012. The Agreement provides that, in exchange for Plaintiff's full and complete release of his claims against Defendants and the obtaining of a dismissal of this action with prejudice, Defendants will to pay Plaintiff a total of $15,000.00, to be broken down as follows:

A.     $5,000.00 – Attorney Fees and Costs

B.     $5,000.00 (less withholdings) – Back Wages

C.     $5,000.00 – Liquidated Damages

Plaintiff and Defendants have further agreed to submit the instant Joint Motion and Joint

Stipulation to this Honorable Court requesting the dismissal of Plaintiff's claims, with prejudice.

8.     Plaintiff and Defendants respectfully request that, upon this Court's approval of

the Settlement Agreement, the Court dismiss the instant matter with prejudice.

9.     A proposed Order, approving the Settlement Agreement and dismissing Plaintiff's

claims, with prejudice, is attached hereto as Exhibit A.

WHEREFORE, for all the forgoing reasons, the parties jointly request that the Court

grant this Joint Motion for Approval of Settlement Agreement and Joint Stipulation For

Voluntary Dismissal of Claims With Prejudice, and enter the proposed Order attached hereto.

Respectfully submitted this 6th day of August, 2012.

/s/Rita C. Spalding
Rita C. Spalding
Georgia Bar No. 108640
1522 Richmond Street
Brunswick, Georgia 31520
Telephone:  (912) 261-8686
Facsimile:   (912) 261-8689
Email: rspaldinglaw@bellsouth.net
*Attorney for Plaintiff*

/s/Frank L. Butler, III, Esq.
W. Jonathan Martin II
Georgia Bar No. 474590
CONSTANGY, BROOKS & SMITH. LLP
577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA 31202
Telephone:  (478) 750-8600
Facsimile:   (478) 750-8686
Email: jmartin@constangy.com
*Attorney for Defendants*